UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE ZUNIGA CHAVEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MARGARET MIMS, County of Fresno, Sheriff, individually and in her official capacity,<br><br>　　　　Respondent. | 1:11-cv—01703-LJO-BAM-HC<br><br>ORDER DISMISSING THE PETITION AS MOOT PURSUANT TO THE STIPULATION OF THE PARTIES (Docs. 6, 11)<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE CASE |

　　Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.  Pending before the Court is the parties' joint stipulation for dismissal, which was filed on October 14, 2011.

　　The petition, which was filed on October 11, 2011, challenged Petitioner's detention at the Fresno County Jail. (Pet. 1:23-26.)  No answer or other responsive pleading has been filed.  The parties seek to dismiss the action voluntarily

1

because the Petitioner is no longer detained at the Fresno County Jail, and the action is therefore moot.

Subject to other provisions of law, a Petitioner may voluntarily dismiss an action without leave of court before service by the adverse party of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Otherwise, an action shall not be dismissed except upon order of the court and upon such terms and conditions as the court deems proper. Id.

Further, a petition for writ of habeas corpus is moot where a petitioner's claim for relief cannot be redressed by a favorable decision of the court issuing a writ of habeas corpus. Burnett v. Lampert, 432 F.3d 996, 1000-01 (9th Cir. 2005) (quoting Spencer v. Kemna, 523 U.S. 1, 7 (1998)). Mootness is jurisdictional. See, Cole v. Oroville Union High School District, 228 F.3d 1092, 1098-99 (9th Cir. 2000). Thus, a moot petition must be dismissed because nothing remains before the Court to be remedied. Spencer v. Kemna, 523 U.S. 1, 18 (1998).

Accordingly, it is ORDERED that the petition for writ of habeas corpus is DISMISSED without prejudice, and the Clerk is DIRECTED to close this action because this order terminates the proceeding in its entirety.

IT IS SO ORDERED.

**Dated:**   **October 20, 2011**        /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE